**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _5/23/2022_____

**YENSEY CONTRERAS,** *individually, and on behalf of all others similarly situated*,

**Plaintiff,**

-against-

**POOPY'S INC.,**

**Defendant.**

**21-cv-9108 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

sixty days.

**SO ORDERED.**

**Dated:      May 23, 2022**
            **New York, New York**

_____
   **ANDREW L. CARTER, JR.**
   **United States District Judge**